FILED

2024 NOV -7 AM 9:28

mmc

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | **MJ 24-06749** |
|---|---|---|
| PLAINTIFF(S) | 24CR0275 | |
| v. | | |
| JOSEPH ALEXANDER SANTILLAN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Indictment
in the SOUTHERN District of CALIFORNIA on 02/16/2024
at _____ [x] a.m. / ☐ p.m. The offense was allegedly committed on or about 08/21/2022
in violation of Title 18 U.S.C., Section(s) 922(g)(1)
to wit: Possession of a Firearm

A warrant for defendant's arrest was issued by: Allison H. Goddard

Bond of $ N/A was ☐ set / ☐ recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach): Warrant, Indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/7/24___
                Date

_____
Signature of Agent

Homeland Security Investigations
Agency

Gustavo Carrillo
Print Name of Agent

Special Agent
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT