# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SANTILLAN,<br><br>　　　　　Defendant. | Case No.  2:24-mj-06749<br><br>ORDER OF DETENTION |

　　　　On November 7, 2024, Defendant Joseph Santillan made his initial appearance on the indictment filed in the Southern District of California. The Federal Public Defender's Office, by Lisa LaBarre, was appointed to represented Mr. Santillan. The matter was continued to November 12, 2024, for a detention hearing. Mr. Santillan was temporarily detained in the interim.

　　　　After a hearing and argument, the Court ordered Mr. Santillan detained. The Court makes the following findings:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☐ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

The charges, which reflect that Mr. Santillan was found transporting firearms across the border. Mr. Santillan has several felony and misdemeanor offenses involving violence, particularly domestic violence. Mr. Santillan has two active restraining orders, which is concerning in light of a prior conviction for violating domestic violence restraining orders. All of these persuade the Court that even placing Mr. Santillan directly into residential treatment would not adequate protect the safety of the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: November 12, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE